# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FAWZI KHALED A.F. AL ODAH, *et al.*,

      Petitioners,

      v.

UNITED STATES, *et al*.,

      Respondents.

Civil Action No. 02-828 (CKK)

## ORDER
(July 1, 2009)

The Court held a conference call on the record with counsel for both parties on July 1, 2009. For the reasons stated on the record, it is, this 1st day of July, 2009, hereby

**ORDERED** that counsel shall remain available to proceed with merits hearings for Petitioners Al Kandari and Al Rabiah during the periods of (1) August 24-28, 2009, and (2) September 9-10, 2009, unless the Court notifies the parties otherwise; it is further

**ORDERED** that on or before July 31, 2009, the parties shall file a Joint Status Report concerning the Joint Task Force database discovery for Petitioners Al Kandari and Al Rabiah; it is further

**ORDERED** that Respondents' counsel shall contact Chambers no later than close of business on July 1, 2009, indicating whether the Guantanamo Review Panel has made any decisions relating to Petitioners; it is further

**ORDERED** that Respondents' counsel shall examine the exhibit attached to their [591] Motion to Amend the Statement of Facts and Exhibit Lists that was discussed on the conference call and notify the Court and Petitioners as to whether the exhibit was provided to the Court and Petitioners as the Respondents intended; it is further

**ORDERED** that, upon further reflection and a review of the exhibits identified by the parties as those they intend to submit at Petitioner Al Mutairi's merits hearing, the Court finds that an issue-by-issue evidentiary presentation will be of the most assistance to the Court. Accordingly, at Petitioner al Mutairi's merits hearing, Respondents shall make a presentation on a contested issue relevant to Petitioner Al Mutairi's detention. Petitioner shall then respond to Respondents' presentation, including by a presentation of evidence and argument. Finally, Respondents may respond to Petitioner's presentation in rebuttal. The parties shall repeat this sequence for each contested issue raised by Respondents. Petitioner shall then be given the opportunity to present a contested issue relevant to Petitioner Al Mutairi's detention that was not argued by the parties in the foregoing sequence, followed by a presentation by Respondents, and Petitioner's rebuttal. The parties shall repeat this sequence for each contested issue raised by Petitioner. The Court also expects that counsel for Petitioner and Respondents will use electronic presentation devises to present their documentary evidence to the Court. The parties should contact John Cramer, Office of Information Technology, to discuss the equipment available to the parties in Courtroom 28A; and it is further

**ORDERED** that on the morning of July 6, 2009, the parties shall present the Court with Exhibit Books, or preferably a Joint Exhibit Book, containing the exhibits the parties anticipate presenting during Petitioner Al Mutairi's merits hearing, compiled in the order the parties anticipate referring to the exhibits, to the extent possible.

**SO ORDERED.**

Date: July 1, 2009

_/s/_
**COLLEEN KOLLAR-KOTELLY**
United States District Judge

2